UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DANIELS,

                Plaintiff,

  -v-

N.Y.C./D.O.C./V.C.B.C. WARDEN CARTER;
N.Y.C./D.O.C./V.C.B.C. CAPTAIN GUERRA; 3-AA
HOUSING UNIT CAPTAIN; N.Y.C./D.O.C./V.C.B.C.
CAPTAIN JOHN DOE INTAKE SUPERVISING
CAPTAIN; N.Y.C./D.O.C./V.C.B.C. CAPTAIN HORTON,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8985 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The December 9, 2021 Order of Service directed the New York City Law Department (the "Law Department") to "ascertain the identity and badge number of 'Captain John Doe' . . . and the address where that defendant may be served" (the "Valentin Order") (ECF No. 7 at 2). The Valentin Order within the Order of Service further ordered the Law Department to provide this information to Plaintiff pro se William Daniels and the Court within 60 days, that is, by February 7, 2022.

On December 29, 2021, the undersigned issued an order clarifying for Mr. Daniels the terms of the Order of Service, and reiterating that the Law Department was required to identify "Captain John Doe" by February 7, 2022. (ECF No. 11)

The Law Department has not identified Captain John Doe, nor has it requested an extension of the deadline to do so. Accordingly, the Court EXTENDS the Valentin deadline, nunc pro tunc, to **Friday, March 4, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Daniels at the address below.

Dated: New York, New York
February 11, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To: William Daniels
B&C 4412000556
1 Halleck Street
Bronx, New York 10474