UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DANIELS,

               Plaintiff,

-v-

N.Y.C./D.O.C./V.C.B.C. WARDEN CARTER;
N.Y.C./D.O.C./V.C.B.C. CAPTAIN GUERRA; 3-AA
HOUSING UNIT CAPTAIN; N.Y.C./D.O.C./V.C.B.C.
CAPTAIN JERMAINE SLACK INTAKE; NYC/DOC/VCBC
CAPTAIN CARLO CIQUERO; SUPERVISING CAPTAIN;
NYC/DOC/VCBC CAPTAIN HORTON,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 8985 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 17, 2022, Plaintiff pro se William Daniels filed his amended complaint, adding as Defendants Captain Jermaine Slack, shield no. 1849, and Captain Carlo Ciquero, shield no. 1830. (ECF No. 16).

The Court requests that Captains Slack and Ciquero waive service of summons. (See ECF No. 7).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Daniels at the address below.

Dated:      New York, New York
             February 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: William Daniels
B&C 4412000556
1 Halleck Street
Bronx, New York 10474