**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WILLIAM DANIELS,

                         Plaintiff,

        -against-                              21 **CIVIL** 8985 (AT)(SLC)

                                                 **JUDGMENT**

NYC/DOC/VCBC WARDEN CARTER;
NYC/DOC/VCBC CAPTAIN GUERRA; 3-AA
HOUSING UNIT CAPTAIN; NYC/DOC/VCBC
CAPTAIN JERMAINE SLACK INTAKE;
NYC/DOC/VCBC INTAKE CAPTAIN CARLO
CIQUEROS; SUPERVISING CAPTAIN;
NYC/DOC/VCBC CAPTAIN HORTON,

                               Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 28, 2022, the R&R is ADOPTED in its entirety.

Defendants' motion to dismiss is GRANTED. Plaintiffs' claims are DISMISSED with prejudice;

accordingly, the case is closed.

**Dated:** New York, New York

       December 28, 2022

                                     **RUBY J. KRAJICK**

                                     _____
                                       **Clerk of Court**

       **BY:**                  K. Marigo

                                       _____
                                       **Deputy Clerk**